UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAUGHN EDWARD GREATHOUSE,

     Plaintiff,

                                           Case No. 1:23-cv-960

v.

                                           HONORABLE PAUL L. MALONEY

REJJI P. HAYES,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff initiated this lawsuit by filing his complaint on September 12, 2023.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 15, 2023, recommending that this Court dismiss the case for lack of subject matter jurisdiction.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 4) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the action is DISMISSED.

A Judgment will be entered consistent with this Order.

Dated:  October 18, 2023                       /s/  Paul L. Maloney
                                         Paul L. Maloney
                                       United States District Judge