UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VAUGHN EDWARD GREATHOUSE,

     Plaintiff,

                                     Case No. 1:23-cv-960

v.

                                     HONORABLE PAUL L. MALONEY

REJJI P. HAYES,

     Defendant.

_____/


## **JUDGMENT**

     In accordance with the Order entered on this date:

     **IT IS HEREBY ORDERED** that Judgment.


Dated:  October 18, 2023              /s/  Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge